THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Christopher
 Bennett, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-068
 Submitted January 4, 2010  Filed February
1, 2010   

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM: Christopher
 E. Bennett appeals his convictions and sentences for murder, assault with
 intent to kill, and two counts of armed robbery.  On appeal, Bennett argues the
 trial court erred in failing to sever the charges.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.  
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.